ORIGINAL

FILED

05/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0162

ROBERT L. ROSE,

      Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

      Respondents and Appellees.

ORDER

FILED

MAY 2 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

      Appellant Robert L Rose has filed a second motion for extension of time to file his reply brief. Good cause appearing,

      IT IS HEREBY ORDERED that Appellant has until June 6, 2024, to file his reply brief.

      DATED this 21st day of May, 2024.

      For the Court,

                         Chief Justice